UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O' MALLEY,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Civil Action<br>No. 1:21-cv-012341-RMB |

## JUDGMENT

This matter is before this Court on the motion of the Commissioner of Social Security (Commissioner) for entry of a final judgment affirming the Commissioner's decision on remand. The Commissioner advised this Court that, on remand, an administrative law judge issued a fully favorable decision finding Plaintiff disabled within the meaning of the Social Security Act. The Commissioner further advised this Court that all post-remand procedures are concluded and neither party contested the Commissioner's post-remand decision.

Therefore, it is ORDERED that final judgment is entered in this case in favor of Plaintiff in accordance with the post-remand decision of the administrative law judge.

This 21st day of February, 2024.

HON. Renee Marie Bumb
United States District Judge